[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10341
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00385-KOB-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONTAVUS DEANDRE THREATT,
a.k.a. Big Boy,
a.k.a. Big Homie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(January 7, 2021)

Before LAGOA, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

J.D. Lloyd, appointed counsel for Rontavus Deandre Threatt in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). In response, Threatt filed a construed motion to discharge counsel and appoint new counsel.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Threatt's convictions and sentences are **AFFIRMED**, and Threatt's motion to discharge counsel and appoint new counsel is **DENIED AS MOOT**.